**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0686-24
            A-0890-24

JOSEFA FILGUEIRAS, on
behalf of herself and those
similarly situated,

      Plaintiff-Appellant,

v.

MIDLAND CREDIT
MANAGEMENT, INC.,

      Defendant-Respondent.

_____

EDWARD SCIBILIA, individually
and on behalf of those similarly
situated,

      Plaintiff-Appellant,

v.

MIDLAND CREDIT
MANAGEMENT, INC.,

      Defendant-Respondent.

_____

Submitted September 25, 2025 – Decided October 1, 2025

Before Judges Mawla and Marczyk.

On appeal from the Superior Court of New Jersey, Law Division, Essex County, Docket Nos. L-5932-21 and L-1374-22.

Kim Law Firm LLC, attorneys for appellants (Yongmoon Kim and Mark H. Jensen, on the briefs).

Hinshaw & Culbertson LLP, attorneys for respondent (Han Sheng Beh, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Hurley

Clerk of the Appellate Division

A-0686-24